# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA
# New Orleans Division

In re:

JASON PAUL PELLEGRIN,

    Debtor.

Bankr. Case No.: 23-11114

Chapter 7

---

JASON PAUL PELLEGRIN,

    Plaintiff,

v.

NAVIENT SOLUTIONS, LLC,

    Defendant.

Adv. Proc. No.: 23-01023

---

## STIPULATION IN SETTLEMENT OF ADVERSARY PROCEEDING BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC

The Plaintiff, Jason Paul Pellegrin ("Plaintiff"), and Navient Solutions, LLC ("NSL"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On July 12, 2023, the Plaintiff filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. A discharge of eligible debts was entered on October 27, 2023.

2. On August 8, 2023, the Plaintiff filed a Complaint naming NSL as a defendant, seeking a discharge of educational loan debt under 11 U.S.C. §523(a)(8).

3. On August 28, 2023, NSL filed its Answer to the Plaintiff's Complaint.

4. The Plaintiff is indebted to NSL pursuant to the applicable terms of three (3) educational loan Promissory Notes ("Promissory Notes"), executed by the Plaintiff to obtain

educational loans ("Student Loans"), with approximate balances, as of the filing of this instant adversary proceeding, as follows:

    a.    one (1) educational loan initially disbursed on or about June 20, 2007, with a balance, including principal and interest, totaling $60,486.57;

    b.    one (1) educational loan initially disbursed on or about April 2, 2008, with a balance, including principal and interest, totaling $41,451.03; and

    c.    one (1) educational loan initially disbursed on or about December 19, 2008, with a balance, including principal and interest, totaling $34,901.53.

5.    As of the filing of the instant adversary proceeding, there was a balance due and owing under the Plaintiff's Promissory Notes, including principal and interest, in the aggregate amount of approximately $136,839.13 ("Outstanding Balance"), with variable interest rates, and with interest accruing thereafter pursuant to the Plaintiff's Promissory Notes.

6.    The Outstanding Balance is currently due and owing on the Promissory Notes and the Student Loans evidenced by the Promissory Notes are educational loans, pursuant to 11 U.S.C. §523(a)(8).

7.    For so long as the Plaintiff does not default under this Stipulation, the Outstanding Balance shall be reduced to $45,000.00 ("Reduced Balance"), and the variable interest rates shall be reduced to a fixed rate of 0% ("Reduced Interest"), and the Plaintiff shall repay the Reduced Balance at the Reduced Interest rate as follows: $375.00 per month for a period of one-hundred and twenty (120) consecutive months. The first monthly payment is due to be received by NSL on or before February 17, 2026, with subsequent payments to be received on or before the seventeenth (17th) day of each month thereafter.

8.    All payments pursuant to this Stipulation shall note the Plaintiff's ten digit account number, ******1915 (redacted here for privacy reasons) on the payment and shall be

mailed to, "MOHELA Specialty Loan Servicing, P.O. Box 9000, Wilkes-Barre, PA 18773-9000", or to any other address provided to the Plaintiff by NSL and/or MOHELA in writing.

9. The following shall be Events of Default hereunder: (a) the Plaintiff shall fail to make any payment due hereunder within thirty (30) days of the due date without securing NSL's and/or MOHELA's agreement to a forbearance of such payment(s); or (b) the Plaintiff commences any further legal proceedings against NSL, MOHELA, or their predecessors, successors or assigns, seeking discharge of debt.

10. Upon the occurrence of an Event of Default under this Stipulation, pursuant to Paragraph 9(a) of this Stipulation, a default penalty equal to 10% of the remaining unpaid Reduced Balance at the time of default may be assessed against the defaulted account as an additional non-dischargeable sum, pursuant to 11 U.S.C. §523(a)(8), in addition to any other remedies permitted under the applicable terms of the Promissory Notes.

11. Upon the occurrence of an Event of Default under this Stipulation, pursuant to Paragraph 9(b) of this Stipulation, any forgiveness of the principal and interest is revoked, and the Plaintiff will be liable for the full amount of the Outstanding Balance, plus interest pursuant to the applicable terms of the Promissory Notes for the Plaintiff's Student Loans (less any payments made hereunder which, following default shall be applied first to interest that would have accrued had this Stipulation not been in effect, and then to principal).

12. There is no penalty for prepayment under this Stipulation but any prepayment, unless it is payment in full, does not relieve the Plaintiff of the obligation to make ongoing monthly payments.

13. In the event the Plaintiff, pursuant to applicable NSL and/or MOHELA policy and the terms of the Promissory Notes, qualifies for, or the parties agree to, any deferment or

forbearance of payment obligations, after this Stipulation is approved, interest will continue to accrue during the time of any such deferment or forbearance, at the interest rate stated herein, so that the total amount to be repaid, and the monthly payments required, may increase from that stated herein.

14. Should any issues arise, related to billing or repayment of the loans subject to this agreement, wherein the Plaintiff believes that billing or collection efforts related to the loans subject to this agreement are not in accordance with this Stipulation, the Plaintiff agrees that such issues should be directed to a Supervisor or Manager in the Bankruptcy Litigation Unit of Navient Solutions, LLC, who may be reached at 1-800-251-4127, or to any other telephone number provided by NSL in writing, or in response to a specific borrower inquiry. The parties understand that any such communications, if not directed as specified in this Paragraph, may not be addressed in a timely manner, or in a manner specifically in accordance with this Stipulation.

15. Except as provided in this Stipulation, all other terms of the Promissory Notes remain in effect and are hereby incorporated by reference.

16. Any amendment, modification, or waiver of any term or condition of this Stipulation must be made in writing and signed by all parties hereto.

17. This Stipulation may be executed in counterparts, or by facsimile, each of which shall constitute an original, but all of which together shall constitute one and the same Stipulation.

18. The parties agree to the dismissal of the instant adversary proceeding, subject to the terms of this Stipulation, upon approval of this Stipulation by the court.

*[this space intentionally left blank]*

WHEREFORE, the parties pray this Honorable Court for an Order approving this Stipulation in Settlement and dismissing the above-captioned adversary proceeding.

By: *Rachel T. Vogeltanz* Dated: 1/6/2026
Rachel Thyre Vogeltanz (33501)
The Law Office of Rachel Thyre Vogeltanz, LLC
428 W. 21st Ave.
Covington, LC 70433
985-377-9271
Email: rachel@rachel.law
Attorney for Plaintiff

By: *Chantel K. Adams* Dated: 01/06/2026
Chantel Adams, Bar Roll No. 27351
Alexander Sides Spaht & Mullins, LLC
10214 Jefferson Highway
Baton Rouge, LA 70809
Telephone: (225) 761-0001
Facsimile: (225) 238-6584
Email: chantel@alexandersides.com
Attorneys for Navient Solutions, LLC