**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 23-11114 |
| JASON PAUL PELLEGRIN | § § | CHAPTER 7 |
| DEBTOR. | § § | SECTION A |

| | | |
|---|---|---|
| JASON PAUL PELLEGRIN, | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | ADV. NO. 23-1023 |
| U.S. DEPARTMENT OF EDUCATION, NELNET SERVICING, LLC, NAVIENT SOLUTIONS, LLC, AND HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI (MOHELA) | § § § § § § § § | |
| DEFENDANTS. | § § | |

## ORDER APPROVING TERMS OF STIPULATION

Before the Court is the *Stipulation in Settlement of Adversary Proceeding Between Plaintiff and Navient Solutions, LLC* (the "Stipulation"), [ECF Doc. 94], filed by the Plaintiff and Defendant, Navient Solutions, LLC.

Upon the consent of the parties,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that the above-captioned adversary proceeding is hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that Counsel for the Plaintiff shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's

CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, January 7, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE